UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____

SOUTHERN    TRANSPORTATION,
INC. AND GEORGE ABRAHAM,

       Plaintiffs,

Vs.                                              No. 2:15-cv-02157-SHM-dkv

LYFT,  INC.,  UBER  TECHNOLOGIES,
INC., AND RASIER, LLC,

       Defendants.
_____

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
_____

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

the plaintiffs and their counsel, hereby give notice that the above captioned

action is voluntarily dismissed without prejudice as to all defendants.


Respectfully Submitted,


MCNABB, BRAGORGOS & BURGESS, PLLC

/s/Nicholas E. Bragorgos
NICHOLAS E. BRAGORGOS (12000)
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
nbragorgos@mbb-law.com

and

/s/Paul Berry Cooper III
Paul Berry Cooper, III (13196)
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
bcooper@mbb-law.com

Counsel for the Plaintiffs

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a true and exact copy of the foregoing document via the Electronic Case Filing system on this 17th day of August, 2015.


/s/Nicholas E. Bragorgos