```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

SOUTHERN TRANSPORTATION, INC.,
and GEORGE ABRAHAM,

      Plaintiffs,

vs.                                             Cv. No. 15-2157-Ma

LYFT, INC., UBER TECHNOLOGIES, INC.,
and RASIER, LLC,

      Defendants.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice in accordance with the Order of Dismissal, docketed September 1, 2015.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *September 1, 2015*                    THOMAS M. GOULD
DATE                                    CLERK

                                            *s/ Zandra Frazier*
                                           (By) DEPUTY CLERK